UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LESLIE LAUER,<br><br>               Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>               Defendant(s). | Case No. 2:15-cv-00326-LDG-NJK<br><br>ORDER |

      Pending before the Court are several different requests for relief that were originally filed in state court. *See* Docket No. 5. These requests include a 30-page, single-spaced *ex parte* petition for the return of seized property and unsealing of the affidavit supporting warrant, Docket No. 5 at 5-34, as well as an additional 16-page, single-spaced notice of motion and motion for return of seized property/request for evidentiary hearing/request for unsealing, Docket No. 5 at 43-58. In short, the pending request for relief consists of nearly 50-pages of single-spaced briefing, not including exhibits.

      The Court is cognizant that the above documents were filed in state court before this case was removed. Nonetheless, this Court's local rules limit briefs to 30 pages of double-spaced text. *See* Local Rule 7-4 (briefs generally limited to 30 pages); Local Rule 10-1 (except for limited exceptions, "typewritten text shall be double-spaced"). Accordingly, the pending requests for relief are all hereby DENIED without prejudice.

//

//

1     Plaintiff is hereby ORDERED to file, no later than April 20, 2015, a new motion that complies
2 with this Court's rules. The briefing on any renewed motion shall proceed according to the schedule set
3 by the Local Rules, *see* Local Rule 7-2, and shall otherwise comply with the rules of this Court.
4     IT IS SO ORDERED.
5     DATED: April 13, 2015

_____
Nancy J. Koppe
United States Magistrate Judge