# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LESLIE LAUER,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendant(s). | Case No. 2:15-cv-00326-LDG-NJK<br><br>ORDER<br><br>(Docket Nos. 23-25) |

On April 13, 2015, the Court issued an order requiring Plaintiff to refile his request for relief in a manner that complied with this Court's rules. Docket No. 19. Plaintiff then filed three motions that comply with the Local Rules regarding double-spacing and page limitation. Docket Nos. 20-22. Now before the Court is Plaintiff's filing of the same motions in *ex parte* form along with a "notice of errata." Docket Nos. 23-26. Plaintiff asserts cryptically that "[t]he Court had Ordered [the motions] to be filed as Ex Parte Motions." Docket No. 26 at 1. The undersigned did <u>not</u> order that Plaintiff should seek relief through the filing of *ex parte* motions. *Cf.* Docket No. 19 (court order requiring refiling of request for relief that does not specify the manner in which the relief should be requested). Moreover, the filing of *ex parte* motions is disfavored. *See, e.g.*, *In re Intermagnetics America, Inc.*, 101 B.R. 191, 192-93 (C.D. Cal. 1989). As such, parties may file documents on an *ex parte* basis only upon a showing of "compelling reasons," Local Rule 7-5(c), which has not been made in this case. Accordingly, the *ex parte* motions filed at Docket Nos. 23-25 are hereby **STRICKEN**. The motions filed publicly earlier at Docket Nos. 20-22 will remain pending.

Plaintiff's recent errata also indicates that "[i]t would appear that all briefing is complete at this time and there is no need for Defendants to respond to the Motions filed as Miscellaneous Relief." Docket No. 26 at 2. The briefing is not complete. The Court specifically ordered that Plaintiff file a proper motion that complies with the rules of this Court <u>and that the briefing would then proceed anew pursuant to the schedule set by the Local Rules</u>. *See* Docket No. 19 at 2. Accordingly, the Court expects the filing of responses and replies pursuant to the schedule outlined by the Local Rules. *Cf.* Local Rule 7-2.

IT IS SO ORDERED.

DATED: April 15, 2015

_____
Nancy J. Koppe
United States Magistrate Judge