# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LESLIE LAUER,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00326-LDG-NJK<br><br>ORDER<br><br>(Docket Nos. 20-22) |

The undersigned has issued a report and recommendation that this case be remanded to state court. Docket No. 37. In light of that recommendation, the pending motions at Docket Nos. 20, 21, and 22 are hereby **DENIED** without prejudice. In the event the assigned district judge does not adopt the report and recommendation to remand the case, Petitioner may renew the above motions.

IT IS SO ORDERED.

DATED: October 2, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge