# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LESLIE LAUER,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>    Defendant. | 2:15-cv-0326-LDG-NJK<br><br>ORDER |

This case was removed by defendant LVMPD on February 24, 2015. On May 11, 2015, the magistrate judge issued an order to show cause why the case should not be remanded based on Younger abstention (#33). In response, LVMPD conceded that the Younger doctrine applied (#34). On May 19, 2015, the magistrate judge issued a report and recommendation that the case be remanded to state court (#35). In response, LVMPD filed a notice of no objection to the report and recommendation (#36). On June 8, 2015, the magistrate judge filed an amended report and recommendation that the case be remanded based on Younger abstention (#37). No objections have been filed. Accordingly,

THE COURT HEREBY ORDERS that the magistrate judge's report and recommendation (#37) is GRANTED in its entirety, and that this case is REMANDED to state court.

DATED this ___ day of February, 2016.

_____
Lloyd D. George
United States District Judge